HLD-007                                                  **NOT PRECEDENTIAL**

## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

_____

No. 20-1660

_____

IN RE:  JOSEPH ARUANNO,

Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 2-15-cv-07982)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 21, 2020
Before:  SMITH, Chief Judge, CHAGARES and GREENBERG, Circuit Judges

(Opinion filed: June 10, 2020)

_____

OPINION[*]

_____

PER CURIAM

Joseph Aruanno petitions for a writ of mandamus directing the District Court to

rule on his Third Amended Complaint.  After Aruanno filed this petition, the District

Court dismissed that complaint by order entered June 2, 2020.  Thus, because Aruanno

has received all the relief he requested, his petition is moot and we will dismiss it on that

basis.  See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996).

---

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.